CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

8/1/2017

JULIA C. DUDLEY, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:96-cr-30056-1 |
| v. | ORDER |
| PATRICK FLOYD WILSON,<br>Petitioner. | By: Hon. Michael F. Urbanski<br>Chief United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

## ORDERED

that the construed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 111) is **DISMISSED** without prejudice as successive; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 31st day of July, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge